**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER LEE RHODES,<br><br>        Petitioner,<br><br>  vs.<br><br>JAMES E. TILTON, WARDEN,<br><br>        Respondent. | CASE NO. CV 08-02363 SGL (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of CHESTER LEE RHODES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 31, 2009

*/s/ S.G. Larson/*

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE